IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) S.R., a minor, by and through her parents and next friends, STEPHANIE KING and STANLEY ROSS,<br><br>      Plaintiffs,<br><br>v.<br><br>(1) TRI-COUNTY INTERLOCAL COOP INDEPENDENT SCHOOL DISTRICT,<br><br>(2) LOGAN SKYLAR SMITH;<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 6:23-cv-00255-JAR<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW AS COUNSEL

Eric L. Combs, Jonathan W. Barr, and Matthew J. Becker, of the law firm Lytle Soulé & Felty, move the Court pursuant to LCvR83.5 for leave to withdraw as counsel of record in this case for Defendant Logan Skylar Smith ("Defendant Smith").

1. Movants previously entered their appearances in this case on behalf of Defendant Smith and now seek to withdraw as counsel of record.

2. As of August 29, 2024, movant Barr will no longer be employed by Lytle Soulé & Felty due to accepting new employment in the State of Texas.

3. The remaining movants are unable to continue to represent Defendant Smith due to their current caseload.

4. There are no current deadline that would be affected by this Motion.

5.     Defendant Smith is aware of the movants' request to withdraw and does not object to the same. A copy of the motion has been provided to Defendant Smith and all counsel of record. In addition, the motion will be served on Defendant Smith and all counsel of record per the certificate of service below.

Therefore, Eric L. Combs, Jonathan W. Barr, and Matthew J. Becker, of the law firm Lytle Soulé & Felty request the Court grant them permission to withdraw as counsel of record in this case for Defendant Smith.

Respectfully submitted,

*/s/ Jonathan W. Barr*
Eric L. Combs, OBA No. 31024
Jonathan W. Barr, OBA No. 32726
Matthew J. Becker, OBA No. 35057
**LYTLE SOULÉ & FELTY, P.C.**
1200 Robinson Renaissance
119 North Robinson Avenue
Oklahoma City, OK 73102
Telephone: 405/235-7471
Facsimile: 405/232-3852
combs@lytlesoule.com
barr@lytlesoule.com
becker@lytlesoule.com

*Attorneys for Logan Skylar Smith*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of August 2024, I electronically transmitted the attached document to the following counsel of record by filing with this Court's ECF filing system.

Tod S. Mercer
MERCER LAW FIRM
500 East Choctaw Avenue
McAlester, OK 74501

-and-

Cameron Spradling
500 N. Walker Ave., Suite 100
Oklahoma City, OK 73102

*Attorneys for Plaintiffs*

John E. Priddy, Esq.
Lindsey E. Albers, Esq.
525 South Main, Suite 700
Tulsa, Oklahoma 74103

*Attorneys for Tri-County School District*

Logan Sklyar Smith
523 Hickory Rd.
Ardmore, OK, 73401

                                                                */s/ Jonathan W. Barr*