IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

(1) S.R., a minor, by and through her parents and next friends, STEPHANIE KING and STANLEY ROSS,

    Plaintiffs,

v.

(1) TRI-COUNTY INTERLOCAL COOP INDEPENDENT SCHOOL DISTRICT,

(2) LOGAN SKYLAR SMITH;

    Defendants.

Case No. 6:23-cv-00255-JAR

JURY TRIAL DEMANDED

## NOTICE OF PARTIAL WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL [DKT. NO. 46]

Pursuant to the Court's Order of September 3, 2024 [Dkt. No. 53], Defendant Logan Skylar Smith, through counsel Eric L. Combs and Matthew J. Becker of Lytle Soulé & Felty, P.C., hereby provides Notice to the Court and the parties that Defendant Smith was unable to obtain other counsel since the time of the Court's Order on the Motion to Withdraw as Counsel [Dkt. No. 46].

However, due to unexpected settlements of other matters in which the undersigned serves as lead counsel (including a matter set for trial in October 2024 in Grady County, Oklahoma), Defendant Smith will continue to be represented by attorneys Eric L. Combs and Matthew J. Becker. The undersigned, along with Defendant Smith, will appear at the upcoming Settlement Conference scheduled for October 22, 2024 at 9 a.m. [Dkt. No. 54].

Therefore, the Motion to Withdraw as Counsel [Dkt. No. 46] is partially withdrawn as to attorneys Eric L. Combs and Matthew J. Becker.

Respectfully submitted,

*/s/ Eric L. Combs*
Eric L. Combs, OBA No. 31024
Matthew J. Becker, OBA No. 35057
**LYTLE SOULÉ & FELTY, P.C.**
1200 Robinson Renaissance
119 North Robinson Avenue
Oklahoma City, OK 73102
Telephone: 405/235-7471
Facsimile: 405/232-3852
combs@lytlesoule.com
becker@lytlesoule.com

*Attorneys for Logan Skylar Smith*

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2024, I electronically transmitted the attached document to the following counsel of record by filing with this Court's ECF filing system.

Tod S. Mercer
MERCER LAW FIRM
500 East Choctaw Avenue
McAlester, OK 74501

-and-

Cameron Spradling
500 N. Walker Ave., Suite 100
Oklahoma City, OK 73102

*Attorneys for Plaintiffs*

John E. Priddy, Esq.
Lindsey E. Albers, Esq.
525 South Main, Suite 700
Tulsa, Oklahoma 74103

*Attorneys for Tri-County School District*

            */s/ Eric L. Combs*